ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                            )
                                        )
Environmental Chemical Corporation      )       ASBCA No. 58631
                                        )
Under Contract No. FA8903-06-D-8511     )

APPEARANCES FOR THE APPELLANT:          R. Dale Holmes, Esq.
                                          Cohen Seglias Pallas Greenhall & Furman PC
                                          Philadelphia, PA

                                        Kevin J. Kelly, Esq.
                                          Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:         Col Robert J. Preston II, USAF
                                          Acting Air Force Chief Trial Attorney
                                        Jeffrey M. Lowry, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 60 days of the date of this Order.

Dated: 25 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58631, Appeal of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2